### UNITED STATES of America, Plaintiff-Appellee,

v.

### Piersha WOOLRIDGE, Defendant-Appellant.

#### No. 16-10144

United States Court of Appeals, Ninth Circuit.

Submitted July 13, 2017 *

Filed July 17, 2017

Heather Mardel Jones, Assistant U.S. Attorney, Grant B. Rabenn, Attorney, Mark J. McKeon, Esquire, Assistant U.S. Attorney, DOJ-USAO, Fresno, CA, for Plaintiff-Appellee

Piersha Woolridge, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

### MEMORANDUM **

Piersha Woolridge appeals from the district court's judgment and challenges her guilty-plea convictions and total sentence of 56 months in prison for conspiracy to

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

commit mail fraud, in violation of 18 U.S.C. § 1349, 25 counts of mail fraud, in violation of 18 U.S.C. § 1341, and two counts of aggravated identity theft, in violation of 18 U.S.C. § 1028A.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Woolridge's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Woolridge the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**